**1519-14**

# ELECTRONIC RECORD

COA # 14-13-00416-CR

STYLE: Clair A. Wolf v The State of Texas

COA DISPOSITION: Affirmed

DATE: October 21, 2014   Publish: No

OFFENSE: Solicitation to Commit Capital Murder

COUNTY: Harris

TRIAL COURT: 248th District Court

TC CASE #:1354683

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Clair A. Wolf v The State of Texas

CCA # _____

____APPELLANT'S____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____REFUSED____

DATE: ____02/04/2015____

JUDGE: ____Per Curiam____

CCA Disposition: ____**1519-14**____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD